# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREYSTONE NEVADA, LLC, A DELAWARE COMPANY; AND U.S. HOME CORPORATION, A DELAWARE CORPORATION,

Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE SUSAN JOHNSON, DISTRICT JUDGE,

Respondents,

and

JEFFREY AGUILAR; ALICIA S. ALARCON; KATINA ALEKNEWICUS; AKOUVI AMEKOUDI; BIAVA K. SESSI; DELEON A. AMOS; ERYN L. AMOS, HUSBAND & WIFE; THOMAS BACH; THERESA BACH, HUSBAND & WIFE; ANN E. BALANCE; ROBERTA BALLARD; VICTOR M. BELTRAN; WILLIAM A. BERSAGLIA; EMILY BYARS; ROCIO CARRILLO; NICOLE CATON; YESENIA CHAVEZ; TERRY CRANE; LOGAN CRANE, HUSBAND & WIFE; DRAKE CRUZ; CHARLETTA ZAMORA-CRUZ; LORENA ARANA DE LIMA; ANTONIO DULALIA, JR.; FLORDELIZA DULALIA, HUSBAND & WIFE; BELINDA DUNCAN; HELENE EASLEY; MARIO ESTRADA; SANDRA E. ESTRADA, HUSBAND & WIFE; MARIO & ALMA ESTRADA LIVING TRUST; JARED EVANS; RAYMOND & THEODORA GONZALEZ LIVING TRUST; JEBB GONZALEZ; TEAL PETALS ST. TRUST; JOHN R. HENNING; DOTTIE A. BURROUGHS,

No. 73572

FILED

DEC 2 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

17-44234

HUSBAND & WIFE; PAUL HICKS; VERBLE JAMERSON, HUSBAND & WIFE; MINNIE HILL; CARLA JOHNSON; JEFF JORDAN, JR.; SUNRISE REALTY LLC; SOMLITH LAOSY; PONGPON LUANGKHOTH, HUSBAND & WIFE; DIEGO LAURIOLA; JESSICA KOBOBEL, HUSBAND & WIFE; JAMIE MARTINEZ; JASON MELLON; TRACY MELLON, HUSBAND & WIFE; RUTH MENEZ; ERIC GONZALES; MARIO A. MENDIAZ; ALMA R. MARTINEZ, HUSBAND & WIFE; JERRY MILLIKEN; JODI MILLIKEN, HUSBAND & WIFE; DAVID L. NEWTON; JAKE NOWATCHIK; DEBORAH SEELEY; JOSE ALFONSO ORTIZ; ALFREDO OTANEZ, JR.; RAYMOND P. PAGE; RYAN T. POPOVICH; MARCELO ALBERTO QUINONEZ, JR.; DAISY MALDONADO; LISA M. RIVAS; NICHOLAS RIVERA, JR.; MARIA L. RIVERA, HUSBAND & WIFE; ZAYRA F. RIVERA; ARIEL I. RIVERA, HUSBAND & WIFE; IRA GERALD ROSS; NORMA SOSA; ROBERT D. STEPHENSON; MICHELLE L. STEPHENSON, HUSBAND & WIFE; RODNEY TRAYLOR; ARKHAM X LLC; EULAINE D. WATKINS; BRIAN WILLIAMS; EDUARDO ZEPEDA; AUGUSTINA AGANS; STANLEY ASATO; HERBERT BURDETT; MARY LEE; JUAN CERVANTES; MATTIE DAVIS; NOEL DEDIOS-TORRES; RICARDO QUINTELL DOWDY, II; ANTONIO GONZALEZ-ESPARZA; FREDDIE GUERRERO; MARIA GUERRERO, HUSBAND & WIFE; JACKIE C.

SUPREME COURT
OF
NEVADA

(O) 1947A

HATFIELD, II; TAMARA FEIST-HATFIELD, HUSBAND & WIFE; JOHNNIE HENDERSON; JAMIE HUIZAR; JULIUS ILAGAN; EDUARDO JIMENEZ; LISA JIMENEZ, HUSBAND & WIFE; ALFONSO MECINAS; RIGOBERTO MOJARRO; MARTHA ESCOBAR-ROMERO, HUSBAND & WIFE; PRAIRIE FLOWER HOLDINGS LLC; XIOMARA TEJADA; AND VANESSA VATSIS,

Real Parties in Interest.

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges district court orders partially denying a motion to dismiss and granting a motion for partial reconsideration in a construction defect action.

Having reviewed the parties' briefs and the record, we are not persuaded that the district court arbitrarily or capriciously exercised its discretion so as to warrant our extraordinary and discretionary intervention at this time. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *Int'l Game Tech, Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Susan Johnson, District Judge
Payne & Fears LLP
Canepa Riedy Abele
Lattie Malanga Libertino, LLP
Eighth District Court Clerk